**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kirm Garret KATH, Defendant—**
**Appellant.**

**No. 05–35251.**
**D.C. Nos. CV–04–00169–RFC,**
**CR–02–00055–RFC.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Kirm Garret Kath, Littleton, CO, pro se.

Carl E. Rostad, Esq., USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Before GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM \*\*

Federal prisoner Kirm Garret Kath appeals pro se the denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence for fraud and bribery of public officials. Kath contends that under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), the district court violated his constitutional rights in enhancing his sentence based on judge-found facts. We affirm the district court's denial of Kath's § 2255 motion because *Booker* does not apply retroactively to convictions that became final prior to its publication. *See United States v. Cruz*, 423 F.3d 1119, 1119–20 (9th Cir.2005) (per curiam).

AFFIRMED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

